ERIC R. OLSEN

GORDON SILVER

3960 Howard Hughes Parkway, 9th Floor

Las Vegas, Nevada 89169

(702) 796-5555

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE GLOBAL CASH ACCESS HOLDINGS, INC. DERIVATIVE LITIGATION<br>This Document Relates to:<br>Lead Case No. 2:07-cv-01659-JCM-PAL<br>　　　　　Plaintiff,<br>vs.<br><br><br>　　　　　Defendant(s). | Case # 07-CV-01659-JCM-PAL<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>EFFECTIVE JUNE 1, 2004<br>FILING FEE IS $175.00 |

　　　　Philip M. Smith                                      , Petitioner, respectfully represents to the Court:

　　1.　That Petitioner resides at Granite Springs
　　　　　　　　　　　　　　　　　　　　　　　　　(city)
Westchester                              , New York                                              .
　(county)　　　　　　　　　　　　　(state)

　　2.　That Petitioner is an attorney at law and a member of the law firm of
Patton Boggs, LLP                                                          with offices at
1185 Avenue of the Americas, 30th Floor                                              ,
　　　　(street address)
New York                        , 10036        , (646) 557-5145                        .
　(city)　　　　　　　　(zip code)　　(area code + telephone number)
pmsmith@pattonboggs.com                        .
　(Email address)

American LegalNet, Inc.
www.FormsWorkflow.com

3. That Petitioner has been retained personally or as a member of the law firm by Karim Mastakiya, Robert Cucinotta and M&C International _____ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since February 5, 1990 , Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of New York
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Southern District of New York | 4/3/1990 | PS 8132 |
| Eastern District of New York | 4/3/1990 | - |
| United States Supreme Court | 4/29/1996 | - |
| United States Court of Appeals - D.C. Circuit | 6/23/1997 | 44926 |
| United States Court of Appeals - Second Circuit | 3/30/09 | - |

American LegalNet, Inc.
www.FormsWorkflow.com

6.	That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N.A.

American LegalNet, Inc.
www.FormsWorkflow.com

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No

8. That Petitioner is a member of good standing in the following Bar Associations:

New York City Bar Association
New York State Bar Association
American Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 9/20/2005 | 05-cv-0354 | U.S. District Court for the District of Nevada | Granted |
| 5/31/2007 | 07-cv-00554 | U.S. District Court for the District of Nevada | Granted |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

4

American LegalNet, Inc.
www.FormsWorkflow.com

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF New York         )
                          )
COUNTY OF New York        )

Philip M. Smith _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this 11th day of MAY, 2009.

_____
THERESE M. CROWLEY
Notary Public, State of New York
No. 01CR6130173
Qualified in Orange County
Commission Expires 7/11/2009

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Eric R. Olsen, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

Eric R. Olsen, Gordon Silver, 3960 Howard Hughes Parkway, 9th Floor, Las Vegas, Nevada 89169, (702) 796-5555

(Street, City, State, Zip Code and Telephone No.)

American LegalNet, Inc.
www.FormsWorkflow.com

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)    Robert Cucinotta

_____
(Party signature)    Sec of M.C International
                     M+C International

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's Signature    Bar number

APPROVED:

Dated: this _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

6

Rev 07.05

American LegalNet, Inc.
www.FormsWorkflow.com

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)  Karim Maskatiya

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  3127
Designated Resident Nevada Counsel's Signature    Bar number

APPROVED:

Dated: this _____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE

6

Rev 07.06