DARRYL P. RAINS (*Pro Hac Vice*)
DRains@mofo.com
ERIK J. OLSON (*Pro Hac Vice*)
OLGA A. TKACHENKO (*Pro Hac Vice*)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

JAMES J. PISANELLI (SBN 4027)
jpisanelli@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK LLP
100 City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone:  702.382.2101
Facsimile:  702.382.8135

Attorneys for Nominal Defendant
Global Cash Access Holdings, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE GLOBAL CASH ACCESS HOLDINGS, INC. DERIVATIVE LITIGATION | Lead Case No. 2:07-cv-01659-JCM-PAL |
| This Document Relates to: | ORDER GRANTING GLOBAL CASH ACCESS HOLDINGS, INC.'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH RULE 23.1 |
| ALL ACTIONS. | |

1    Global Cash Access Holdings, Inc.'s motion to dismiss for failure to comply with

2  Rule 23.1 in the above-referenced action came on for hearing before the Honorable James C.

3  Mahan on May 14, 2008.

4    The Court has considered all of the papers filed by the parties in connection with this

5  motion, the papers and records on file in this action, and received argument from the parties at a

6  hearing on May 14, 2009.

7    Plaintiffs' complaint seeks to assert a shareholder derivative action.  It therefore must

8  satisfy Federal Rule of Civil Procedure 23.1, including why plaintiff may proceed when they have

9  not made a demand on the company's board.  The Court concludes pursuant to *Braddock v.*

10  *Zimmerman*, 906 A.2d 776 (Del. 2006) and the other authority cited in the papers that this

11  obligation must be satisfied in this instance as of the time of plaintiff's amended complaints.  The

12  Court finds that the amended complaint does not allege with particularly facts sufficient to

13  undermine the ability of a majority of the board of directors to consider a demand.  At the

14  hearing, plaintiffs' counsel indicated an intent to stand on the current complaint.

15    Accordingly, based on all the papers filed by the parties, the papers and records on file in

16  this action, the parties' arguments at the hearing on this matter, and other matters of which the

17  Court may properly take judicial notice, the Court HEREBY ORDERS:

18    For good cause shown, Global Cash Access Holdings, Inc.'s motion to dismiss pursuant to

19  Rule 23.1 is GRANTED.  The complaint is DISMISSED with prejudice.

20    IT IS SO ORDERED.

21
22  Dated:  May __19__, 2009

23

24    _____
     James C. Mahan
     United States District Judge

25

26

27

28

1