GARY R. GOODHEART
Nevada Bar #1203
AMANDA J. COWLEY
Nevada Bar #4578
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, NV 89169
Telephone:  (702) 862-3300
Facsimile:  (702) 737-7705
*Local Counsel for Lead Plaintiff City of Richmond Retirement System and the Class*

STUART M. GRANT (*Pro Hac Vice*)
MEGAN D. MCINTYRE (*Pro Hac Vice*)
GRANT & EISENHOFER P.A.
1201 N. Market Street
Wilmington, DE 19801
Telephone:  (302) 622-7000
Facsimile:  (302) 622-7100
*Lead Counsel for Lead Plaintiff City of Richmond Retirement System and the Class*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE GLOBAL CASH ACCESS HOLDINGS, INC. SHAREHOLDER LITIGATION<br><br>This Document Relates to:<br>Case No. 2:08-CV-01320-JCM-(PAL) | Lead Case No. 2:07-CV-01659-JCM-(PAL)<br><br>Consolidated for all pretrial purposes with Case No. 2:08-CV-01320-JCM-(PAL)<br><br>ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS |

On June 23, 2009, a hearing was held before the Honorable James C. Mahan on the following motions to dismiss the plaintiffs' Consolidated Class Action Complaint:

(1)  Defendants' Motion To Dismiss Consolidated Complaint (filed by defendants Global Cash Access Holdings, Inc., Kirk Sanford, Harry C. Hagerty III, Karim Maskatiya, Robert Cucinotta, Walter G. Kortschak, Charles J. Fitzgerald, E. Miles Kilburn, William H. Harris, M&C International, and Summit Partners, L.P.) (Doc. #77);

(2) Underwriter Defendants' Motion To Dismiss Plaintiffs' Consolidated Class Action Complaint; Joinder in GCA Defendants' Motion To Dismiss (filed by defendants Goldman, Sachs & Co., J.P. Morgan Securities Inc., JPMorgan Chase & Co., Banc of America Securities LLC, Citigroup Global Markets LLC, Cowen & Company, LLC, Deutsche Bank Securities Inc. and Wachovia Capital Markets, LLC) (Doc. #76); and

(3) Deloitte & Touche LLP's Motion To Dismiss The Consolidated Class Action Complaint (Doc. # 82).

The Court having considered all of the papers filed by the parties in connection with these motions and the other papers and records on file in this action, as well as the parties' arguments at the June 23, 2009 hearing and other matters of which the Court may properly take judicial notice, IT IS HEREBY ORDERED that each of motions listed above is hereby DENIED.

IT IS SO ORDERED.

Dated: June 29, 2009

_____
James C. Mahan
United States District Judge

Submitted by:

/s/ Gary R. Goodheart
GARY R. GOODHEART
Nevada Bar #1203
AMANDA J. COWLEY
Nevada Bar #4578
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, NV 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-7705
*Local Counsel for Lead Plaintiff City of Richmond Retirement System and the Class*
. . .

| | |
|---|---|
| 1 | STUART M. GRANT (*Pro Hac Vice*) |
| | MEGAN D. MCINTYRE (*Pro Hac Vice*) |
| 2 | GRANT & EISENHOFER P.A. |
| | 1201 N. Market Street |
| 3 | Wilmington, DE 19801 |
| | Telephone:  (302) 622-7000 |
| 4 | Facsimile:  (302) 622-7100 |
| | *Lead Counsel for Lead Plaintiff City of Richmond Retirement* |
| 5 | *System and the Class* |