GARY R. GOODHEART
Nevada Bar #1203
AMANDA J. COWLEY
Nevada Bar #4578
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, NV 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-7705
*Local Counsel for Lead Plaintiff City of Richmond Retirement System and the Class*

STUART M. GRANT (*Pro Hac Vice*)
MEGAN D. MCINTYRE (*Pro Hac Vice*)
JEFF A. ALMEIDA (*Pro Hac Vice*)
GRANT & EISENHOFER P.A.
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
*Lead Counsel for Lead Plaintiff City of Richmond Retirement System and the Class*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE GLOBAL CASH ACCESS HOLDINGS INC. SHAREHOLDER LITIGATION <br><br> This Document Relates to: <br><br> All Actions | Lead Case No. 2:07-CV-01659-JCM-PAL <br><br> Consolidated for all pretrial purposes with Case No. 2:08-CV-01320-JCM-PAL <br><br> **PROPOSED ORDER OF DE-CONSOLIDATION** |

By Order dated December 23, 2008, this Court consolidated *In re Global Cash Access Holdings, Inc. Securities Litigation*, Case No. 2:08-cv-01320 (the "Securities Action") and *In re Global Cash Access Holdings, Inc. Derivative Litigation*, Case No. 2:07-cv-01659 (the "Derivative Action") for pre-trial purposes. The Derivative Action was subsequently dismissed with prejudice by order dated May 19, 2009, and no notice of appeal was filed.

IT IS HEREBY ORDERED that, in light of the dismissal with prejudice of the Derivative Action, the Securities Action is hereby deconsolidated from the Derivative Action.

1

All future filings in the Securities Action shall be made in that action only, under the following caption:

| | |
|---|---|
| IN RE GLOBAL CASH ACCESS HOLDINGS, INC. SECURITIES LITIGATION | Case No. 2:08-CV-01320-JCM-PAL |

IT IS FURTHER ORDERED that the documents bearing docket numbers 93, 96, 100, 104, 106, 107, 108, 109, 110, 138, 139, 140, 141, 142 and 143 on the docket of the Derivative Action (No. 2:07-cv-1659) shall promptly be entered on the docket of the Securities Action (No. 2:08-cv-01320). These documents relate to the Securities Action but, during the period while the actions were consolidated, were docketed only in the Derivative Action.

**IT IS SO ORDERED**

Dated: September 29, 2009

_____
Honorable James C. Mahan
United States District Judge

2